IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARANA DIVISION

ARVEST BANK                                                                                           PLAINTIFF

v.                              Case No. 4:19-cv-4144

DELIA MCDANIEL HARRIS, a/k/a
ANN MCDANIEL HARRIS, and
KIMBLE HARRIS                                                                                      DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. (ECF No. 10). The parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order at the plaintiff's request, on terms the court considers proper.

Accordingly, the Joint Motion to Dismiss with Prejudice (ECF No. 10) is **GRANTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 17th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge